IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2007 AUG 23 P 4:29

ALONZO AUSTIN,
　　Plaintiff
v.                                    Case No. 3:07cv754-MHT
City of Tuskegee
et.al,
　　Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, ALONZO AUSTIN, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, Making the following disclosure concerning parent Companies, Subsidiaries, Partners, Limited Liability entity Members and managers, trustees affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General order No. 3047:

[X] There are No entities to be reported.

　　Alonzo Austin pro se
by: Alonzo Austin, pro se
Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
Ph # (334) 727-5476

August 23, 2007.
Date.