**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Albert C. Bulls III
   2801 Althea St.
   Tuskegee, AL. 36083

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Lockett_     ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)
   D. Lockett

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   07cv754 S+C

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 0710 0003 2806 7640

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540