**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bernice Dawson
c/o Tuskegee Police Dept,
1106 Notasulga Rd,
Tuskegee, AL,
36083

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Alma Kennedy_     ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
   Erma Kennedy     8-3-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

07cv754 S&C

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7007 0710 0003 2806 7664

... ...ary 2004          Domestic Return Receipt          102595-02-M-1540