**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Erma Kennedy*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
*Erma Kennedy*

C. Date of Delivery
8-29-07

1. Article Addressed to:

Lester Patrick, Police Chief
1106 Notasulga Rd
Tuskegee, AL 36083

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

07cv754 S&C

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7007 0710 0003 2806 7657

Domestic Return Receipt    102595-02-M-1540