IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:07-cv-754-MHT |
| ) | |
| CITY OF TUSKEGEE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW City of Tuskegee, Alabama, Mayor Johnny Ford, Judge Albert C. Bulls, III, Chief Lester Patrick, Honorable R. Keith Thomas, and Officer Bernice Dawson, Defendants in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. The City of Tuskegee is a municipality incorporated under the laws of the State of Alabama.

| Reportable Entity | Relationship to Party |
|---|---|
| Mayor Johnny Ford | Mayor of the City of Tuskegee |
| Hon. Mae Doris Williams | Tuskegee City Council member |
| Hon. Lutalo K. Aryee | Tuskegee City Council member |
| Hon. Willie Louise Fields | Tuskegee City Council member |

| | |
|---|---|
| Hon. Georgette White Moon | Tuskegee City Council member |
| Judge Albert C. Bulls, III | Tuskegee Municipal Court Judge |
| R. Keith Thomas, Esq. | Tuskegee Municipal Court Prosecutor |
| Chief Lester Patrick | Tuskegee Police Chief |
| Officer Bernice Dawson | Tuskegee Police Department Officer |

2. Mayor Johnny Ford is an individual. There are no entities to be reported.

3. Judge Albert C. Bulls, III, is an individual. There are no entities to be reported.

4. Chief Lester Patrick is an individual. There are no entities to be reported.

5. The Honorable R. Keith Thomas is an individual. There are no entities to be reported.

6. Officer Bernice Dawson is an individual. There are no entities to be reported.

I hereby certify that the foregoing is true and correct to the best of my knowledge, information, and belief. This the 25th of September, 2007.

    /s/S. Mark Dukes
S. MARK DUKES (ASB-9697-U77S)
Counsel for Defendants City of Tuskegee, Mayor Johnny Ford, Judge Albert C. Bulls, III, Chief Lester Patrick, Honorable R. Keith Thomas, and Officer Bernice Dawson

OF COUNSEL:
*Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.*
P.O. Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - Facsimile
mdukes@nixholtsford.com

**CERTIFICATE OF SERVICE**

  I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to

Mr. Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, AL 36083

on this the 25th day of September 2007.

          /s/S. Mark Dukes
         OF COUNSEL