IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:07cv754-MHT |
| | ) |
| CITY OF TUSKEGEE, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby set for a status and scheduling conference on October 30, 2007, at 9:30 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 3rd day of October, 2007.

                           /s/Charles S. Coody
                           CHARLES S. COODY
                           CHIEF UNITED STATES MAGISTRATE JUDGE