IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALONZO AUSTIN,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        CIVIL ACTION NO. 3:07cv754-MHT
                                        )
CITY OF TUSKEGEE, *et al.*,             )
                                        )
            Defendants.                 )

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference be and is hereby RESET

from October 30, 2007, to **October 29, 2007, at 10:30 a.m.** in Courtroom 4B, United

States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 16th day of October, 2007.

＿＿＿＿＿/s/Charles S. Coody＿＿＿＿＿＿＿＿＿
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE