| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x *Alonzo Austin* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) ALONZO AUSTIN   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alonzo Austin<br>1321 Oliver-Carlis Rd.<br>Tuskegee, AL 36083<br><br>07cv754  Order (13) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 2760 0005 4873 0348 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540