IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **ALONZO AUSTIN** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:07-cv-754-MHT |
| | ) | |
| **CITY OF TUSKEGEE,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## REQUESTS FOR PRODUCTION OF DOCUMENTS
## TO PLAINTIFF ALONZO AUSTIN

COME NOW Defendants, by and through the undersigned counsel of record, and propound the following Requests for Production of Documents to Plaintiff Alonzo Austin to be answered and updated in accordance with the *Federal Rules of Civil Procedure*:

1. Provide a copy of the front and back of your driver's license.

2. For each expert that you have retained, consulted, or intend to have testify at trial, provide a copy of the current resume of the expert, and provide a copy of any report prepared by said expert for use in this case.

3. Provide a copy of any photograph, video tape, film, disk, visual image, or representation in any media whatsoever in your possession, or subject to your

control, depicting any of the incidents made the basis of your lawsuit and/or that you contend are proof of the matters alleged in your complaint.

    4.    Provide a copy of any documents in your possession, or subject to your control, that relate to your claims in this case, whether the documents support your contentions, or whether they are adverse to your contentions.

                      s/S. Mark Dukes
                S. MARK DUKES (ASB-9697-U77S)
                Counsel for Defendants City of Tuskegee, Mayor Johnny Ford, Judge Albert C. Bulls, III, Chief Lester Patrick, Honorable R. Keith Thomas, and Officer Bernice Dawson

OF COUNSEL:
*Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.*
P.O. Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - Facsimile
mdukes@nixholtsford.com

## CERTIFICATE OF SERVICE

      I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to

Mr. Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, AL 36083


on this the 13th day of November, 2007.


                                _s/S. Mark Dukes_
                                OF COUNSEL