**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 14, 2007

## NOTICE OF DOCKETING ERROR

From:   Clerk's Office

To:   ALL COUNSEL OF RECORD

Case Style:   Austin v. City of Tuskegee et al

Case Number:   3:07cv00754-MHT

Docket Entry Number:   19

**The above referenced Notice of Non-Compliance was filed in error on 11/14/2007.  The Notice of Non-Compliance is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**