Court copy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2008 JAN -4  P 1:10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALONZO AUSTIN               )
    Plaintiff               )  Case Number
V.                          )  3:07-CV-754 MHT
CITY OF TUSKEGEE et, al]    )
    Defendants              )     Via Certified mail

**PLAINTIFF. RESPONSES TO DEFENDANTS REQUEST FOR PRODUCTION OF DOCUMENTS.**

Comes Now, Plaintiff and provides required responses pursuant to Federal Rule of Civil Procedure 34:

1. Provide a copy of the front and back of your Driver's License. See: (attached as exhibit "L")

2. For each expert that you have retained, Consulted, or intended to have testify at trial, provide a copy of the current resume of the expert, and provide a copy of any report prepared by said expert for use in this case. N/A, as no expert will be retained by Plaintiff.

3. Provide copy of any photograph, video tape, film, Disk, visual image, or representation in any

Media whatsoever in your possession, or subject to your control, depicting any of the incidents made the basis of your lawsuit and/or that you contend are proof of the matter alleged in your Compliant.

Plaintiff have none of the requested Documents in his possession or in his control.

4. Provide a copy of any documents in your possession, or subject to your control that relates to your Claims in this case, whether the documents supports your contentions, or whether they are adverse to your contentions.

Plaintiff Provides the follow Documents see attached as exhibits ("A" "Rules of the Road") ("B" Copy ALABAMA UNIFORM TRAFFIC Ticket And Complaint) ("C" Plaintiff's Motion to DISMISS For Lack of Jurisdiction or in the Alternative, Motion For Trial by Jury, as the Defendant in the Case.. "1" Same as "B" above) ("2" Plaintiff's Proof of Payment (receipt) and "3" Court Record Copy (for Ticket #0966261)

This 3rd day of January 2007.

by, Alonzo Austin
Alonzo Austin
1321 River-Corlis Rd.
Tuskegee, AL. 36083
Ph# (334) 727-5476

I, ALONZO AUSTIN, do declare that I have answered all of Defendant's Request for production of Documents Truthfully and to the best of my belief. On this the 3rd day of January, 2008.

by, Alonzo Austin pro se

Via Certified Mail

## CERTIFICATE OF SERVICE

I, ALONZO AUSTIN do hereby Certify that I have served copies of the foregoing Production of Documents upon the Defendant's, CITY OF TUSKEGEE et.al., c/o NIX HOLTSFORD GILLIAND HIGGINS & HITSON P.C.
P.O. Box 4128
Montgomery, AL, 36103-4128
by depositing same in the U.S. mail postage prepaid on this the 3rd day of January 2008.

by, Alonzo Austin, pro se
ALONZO AUSTIN
1321 Oliver-Carlis Rd.
Tuskegee, AL 36083
Ph # (334) 727-5476