IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2008 JAN -4 P 1: 11
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALONZO AUSTIN                )
Plaintiff                    )    Case Number
V.                           )    3:07-CV-754 MHT
CITY OF TUSKEGEE, ET. AL.)
Defendant's                  )      Via certified mail

## PLAINTIFF REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 34:
the following request for production of documents
are propounded to the Defendant's. CITY OF Tuskgee
the Same to be answered in Writing, and under
Oath, with the Answers to be Served upon
Plaintiff Alonzo Austin, 1321 River-Carlis Rd.
Tuskegee, AL. 36083.

1.

Please Produce all documents identified in
Defendant's response to Plaintiff Interrogatory
Number ONE.

Pg. 2 of 4

**2.**

Please Produce all Documents identified in Defendent's response to Plaintiff interrogatory Number two, Documents to include 87 /7 the municipal ordinance Cited by officer Dawson With applicable Sub section — if any Officer's manual Policy and Procedures Governing Traffic Division, and any and all other documents that these defendent's plan to use for their Defense With the officer Traffic stop data reports if any within the last 12 mo

**4.**

Please produce all Document identified in Defendents response to Plaintiff interrogatory Number Four to include all the Copies of Citations issued within the past Three years at or Near the western INN For Speeding by officer Dawson, if any.

**8.**

Please Produce all Documents indentified in Defendent's response to Plaintiff interrogatory Number Eight to include Prosecutor's Case File Copies Showing how trial was Conducted and and the evidence Produce Proving Plaintiff's Guilty On 08/09/07.

PG 3 of 4

## 10.

Please produce all Documents indentified in Defendents response to Plaintiff Interrogatory Number Ten to include Copies of all Evidentiary Proof used by Defendant Bulls to find Plaintiff Austin Guilty of Speeding 55 MPH 55 MPH Limit. on 81 N. Near the Western INN.

## 11.

Please produce all Documents identified in Defendents response to Plaintiff interrogatory Number eleven. To include Verified Copies of the posted Lawful Speed Limit on 81 N. Near the Western INN.

## 12.

Please produce all Documents identified in Defendant's response to plaintiff interrogatory Number thelve. to include Copies of the Law relied upon by Officer Dawson with its explanation of Jurisdiction.

## 13.

Please produce all Documents identified in Defendents response to Plaintiff interrogatory Number thirteen. to include copies of the Law giving City Attorney Thomas Jurisdiction over Plaintiff prosecution on 08/09/07

PG. 4 of 4

14.

Please produce ALL Documents identified in Defendant's response to plaintiff interrogatory Number fourteen. to include Copies of the Law that gave Defendant Bull, his Jurisdiction to try plaintiff Austin for speeding Near the Western INN ON 08/09/07.

This 3rd day of January 2007.

Alonzo Austin pro se

by. Alonzo Austin pro se
Alonzo Austin
1321 Oriver-Carlis Rd.
Tuskegee, Al. 36083

CERTIFICATE OF SERVICE (334) 727-5476

I Alonzo Austin, do Certify that I have served a copy of the foregoing request for Production of Documents upon the Defendant's City of Tuskegee et, Al.
c/o NIX HOLTSFORD, GILLIAND & HITSON P.C.
P.O. Box 4128
Montgomery, Al. 36103-4128
Placing the Same in the U.S. mail postage prepaid on 3rd day of January 2008. Alonzo Austin pro se
by. Alonzo Austin pro se
Alonzo Austin
1321 Oriver-Carlis Rd.
Tuskegee, Al. 36083
Ph. # (334) 727-5476