IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED 2008 JAN -4 P 1:11
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Alonzo Austin           )
Plaintiff               )   Case Number:
V.                      )   3:07-CV-754 MHT
City of Tuskegee et.al, )
Defendant's             )   Via Certified mail

## PLAINTIFF INTERROGATORIES TO DEFENDANTS

Pursuant to Federal Rule of Civil procedure 33, the following Interrogatories are propounded to the Defendant's City of Tuskegee et.al, the same to be answered in writing, and under Oath, with the answers to be served upon Plaintiff Alonzo Austin, 1321 Oliver-Carlis Rd., Tuskegee, Al. 36083.

1.

Please Cite the sub Section of §32-5A-171 Violated by Plaintiff Alonzo Austin, on 07/05/07 which prohibited his travelling at the rate of 55mph. The maximum Lawful Speed allowed on State Hiway #81 N outside of the municipal Corporate City Limits of Tuskegee, AL, at or Near the Old Western Inn.

**2.**

Is it the Defendant's Contention that Officer Dawson, of the City of Tuskegee, while parked on the Shoulders of State hiway #81 N., alongside the Western Inn, parking Lot N., Facing South on 81 N. and shooting radar back into the Corporate City Limits acted Lawfully according to its policies and procedures when Dawson, activated its blue Lights Causing Plaintiff, Austin, to stop his vehicle headed North on 81 N., wherein Plaintiff was issued a Citation #0966261, on 07/05/07, for Speeding 60 MPH 45 Speed Limit. in the Western Inn parking Lot South.

**3.**

State whether or not officer Bernice Dawson, of the City of Tuskegee, filled out the ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT #0966261, according to the policies and procedures of the City of Tuskegee.

**4.**

State Whether or Not officer Bernice Dawson, makes it clear on the face of the ticket whether the stop occurred within the City Limits, police jurisdiction, or within Macon County. Also please state whether or not you have Cited other drivers at or Near the Western Inn within the past three years. For Speeding and if so how many were dismissed.

5.

Officer Bernice Dawson, please state why you did not add the subsection to 32-5A-171 which you relied upon on the face of the ticket.

6.

Officer Bernice Dawson please state why you did not check all the square boxes that applied, preventing this vague and unclear ticket.

7.

Officer Bernice Dawson, please state why you checked the box adjacent to the Municipal Court, rather than the adjacent box next to the District Court, given the undisputed fact the the stop occurred in the parking lot south, at the Western Inn.

8

City Attorney; Thomas, why did you prosecute plaintiff Austin, based upon this vague and unclear ticket especially after officer Dawson, omitted the sub section #9 which was attached as exhibit "A" to Defendant Austin now, plaintiff Austin's, motion to dismiss for lack of jurisdiction or in the alternative motion for trial by jury filed and served on the court and you on 08/03/07.

9.

Judge Bulls, why did you force this trial against Plaintiff's Motions and expressed objections finding him guilty of speeding 55 MPH 45 speed limit on State hiway 81 N. outside of Municipal Corporate City Limits, near the Western Inn., with a fine of $120.00 on 08/09/07 as a Defendant in that case.

10.

Judge Bulls, Please state whether or not you have in your possession any evidentiary proof beyond a reasonable doubt that showed Defendant Austin, at the time and now Plaintiff in this Lawsuit Guilty of Speeding outside of the Municipal Corporate City Limits at the Western Inn, wherein the posted Lawful Speed is 55 mph Max. along State hiway 81 N.

11.

Mayor: Johnny Ford., and Police Chief Patrick, please verify and state the Lawful maximum Speed on 81 North outside of Municipal Corporate City Limit of Tuskegee, AL. near the Western Inn.

12.

City Officer Dawson, Please cite the Law that Gave you Jurisdiction to stop the Plaintiff Vehicle outside of the City Limits.

13.

City attorney: Thomas, Please cite the Law including Subsections that gave you the Legal jurisdiction to prosecute then defendant Austin, for allegedly speeding outside of the Corporate City Limits of Tuskegee Near the Western INN on 07/05/07 Pursuant to officer Dawson vague and Confusing Traffic Ticket.

14.

Judge Bull; Please cite the Law that gave you jurisdiction over then Defendant Austin, for allegedly speeding outside of the municipal Corporate City Limits of Tuskegee, Near the Western INN, along State hiway 81 North, resulting in a finding of Guilty and a fine of $20.00 by You on 08/09/07.

This 3rd day of January, 2007.

by, Alonzo Austin pro Se

Alonzo Austin
1321 Oliver-Carlis Rd,
Tuskegee, AL 36083
Ph# (334) 727-5476

VIA Certified Mail on January 3rd, 2007

CERTIFICATE OF SERVICE

I Certify that I have Served a Copy of the foregoing Interrogatories upon the Defendants. City of Tuskegee C/O Nix, Holtsford, Gilliand and Hitson P.C., P.O. Box 4128 Montgomery, AL 36103-4128 by placing same in the U.S. Mail postage Prepaid,
by, Alonzo Austin pro Se,
Alonzo Austin, 1321 Oliver-Carlis Rd, Tuskegee, AL 36083
Ph.# (334) 727-5476.