IN THE MINICIPAL COURT OF TUSKEGEE

CITY OF TUSKEGEE,  )
     Plaintiffs,    )
V.                  )   Case No.
ALONZO AUSTIN,      )
     Defendant,     )

RECEIVED

## DEFENDANT ALONZO AUSTIN'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR IN THE ALTERNATIVE, MOTION FOR TRIAL BY JURY:

COMES Now, The Defendant ALONZO AUSTIN, pursuant to §32-5A-171 Code of Al. 1975. and respectfully moves this honorable Court for the entry of an order granting the instant Motion to Dismiss Instanter in the within cause.

A copy of the aforesaid pleadings by Defendant are attached hereto as Exhibits "A" §32-5A-171(9) Identified as "RULES OF THE ROADS" and Exhibit "B" Identified as "ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT."

IN Support of the foregoing motion Defendant hereto annexes and by this reference incorporates herein the following Memorandum.

Alonzo Austin, Pro Se

Respectfully Submitted,
by Alonzo Austin, Pro Se
ALONZO AUSTIN
1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083
Ph# (334) 727-5476

# MEMORANDUM IN SUPPORT

## I. FACTS

ON or about July 5, 2007 approximately 8:40 am Defendant was issued a traffic ticket for speeding 60 mph in a 45 mph Limit by Officer Bernice Dawson, Officer ID# 634 in violation of 32-5A-171 and Municipal Ordinance No. 87/7 Officer Dawson goes on to state that Defendant did unlawfully operate a motor vehicle at or near AL. 81 but did not state whether offense occurred by checking the appropiate block indicating within "City limits" or "Police Jurisdiction" of Tuskegee or within Macon County's Jurisdiction.

Dawson's Claim that offense occurred at or near AL. 199 is False, Defendant will argue that Officer Dawson, could not have possibly seen Defendant traveling on AL 199 period as she and I first observed each other vehicles on 81 wherein Defendant was traveling North and Officer Dawson, was at the old "Tuskegee Inn" traveling South when she activated her vehicle's blue light where upon that instant Defendant, actived Left turn signal Trooper Dawson allowed Defendant who was head North on 81 Clearly out of the City Limits to turn Left in Front of her Vehicle headed South on 81 into the "rear parking area South of the restraurant" Wherein She Cited me for speeding 60 in a 45 mph. Limit. However, "For the record" The Officer was operating out side of the City Limits and were closer to I-85 and AL 81, than AL.81 and AL.199, as she stated.

3 of 6

In light of the foregoing ALONZO AUSTIN by its instant motion, respectfully request that this Court Grant the relief requested and dismiss this Ticket on jurisdictional grounds.

## II LAW

§ 32-5A-171(q) Any speed limit set pursuant to this section shall be enforced by any municipality or any law enforcement officer of a municipality only within the corporate limits of the municipality and not within the police jurisdiction of the Municipality.

## III CONCLUSION

For all the foregoing reason motion should be Granted.

Respectfully Submitted,

By: Alonzo Austin pro se
ALONZO AUSTIN
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
Ph# (334) 727-5476

(9) Any speed limit set pursuant to this section shall be enforced by any municipality or any law enforcement officer of a municipality only within the corporate limits of the municipality and not within the police jurisdiction of the municipality. (Acts 1980, No. 80–434, p. 604, § 8–102; Acts 1987, No. 87–408, p. 593; Acts 1994, No. 94–617, p. 1147, § 1; Acts 1996, No. 96–577, p. 913, § 1.)

### Commentary

This section differs substantially from the comparable UVC provision, UVC § 11–801.1 due to legislative revision of the section and it also represents a substantial change from the wording of the earlier law, which was found in sections 32–5–90 and 32–5–91. A basic difference between the prior law and this section is that the former law's speed limits were prima facie limits (with the exception of special speed limits on bridges under section 32–5–92 and the 6‰ limits in section 32–5–90(a)). This means that under prior law it was not usually an offense to exceed the speed limits if the speed could be deemed reasonable and prudent under all the circumstances. Under this section, all speed limits are absolute limits, which should serve to simplify their enforcement. In addition, this section abolishes separate speed limits for business and residence districts.

### HISTORY

**Amendment notes:**

The 1994 amendment, effective December 1, 1994, added subdivision (2) and redesignated the following subdivisions accordingly; in subdivisions (3) and (4), substituted "subdivision (6)" for "subdivision (5)"; substituted "subdivision (6)" for "subdivision (5) hereof" in subdivision (4); and made nonsubstantive changes.

The 1996 amendment, effective May 17, 1996, in subdivision (2), designated the existing text as paragraph a., and added paragraph b.; in subdivision (3), inserted "or highways having four or more traffic lanes" and "or as provided in subdivision (7)"; in subdivision (4), substituted "70" for "55", substituted "or on any other highway having four or more traffic lanes at a speed in excess of 65 miles per hour," for "in urban areas of 50,000 population or more or in excess of 65 miles per hour outside urban areas unless a different maximum rate of speed is permitted or allowed by the Federal Highway Administration, or", and inserted "or as provided in subdivision (7)"; in subdivision (5), substituted "the" for "such" following "transporting" and inserted "or as provided in subdivision (7)"; in subdivision (6), substituted "may" for "is hereby specifically authorized to"; and added subdivisions (8) and (9).

**Code Commissioner's Notes**

In 1994, the Code Commissioner restored the language "such substances. No person shall operate" in the first and second sentences of subdivision (5) to correct an omission made during the drafting of Act No. 94–617.

Act 96–577, which amended this section, provided in § 2: "One year following the passage of this act, the Department of Public Safety shall report to the Legislature on the traffic fatalities in the State during the last calendar year and the relation of these fatalities to the increased speed limit."

### RESEARCH REFERENCES

**Am Jur:**

7 Am. Jur. 2d, Automobiles & Highway Traffic, § 180–193.

**Annotations:**

Driving at illegal speed as reckless driving within statute making reckless driving a criminal offense. 52 A.L.R.2d 1337.

Speed alone or in connection with other circumstances as gross negligence, wantonness, recklessness, or the like, under automobile guest statute. 6 A.L.R.3d 769.

Definiteness of automobile speed regulations as affecting validity. 6 A.L.R.3d 1326.

Products liability: sufficiency of evidence to support product misuse defense in actions concerning commercial or industrial equipment and machinery. 64 A.L.R.4th 10.

**American Digest System:**

Automobiles ⊕168(2), 331.

**Corpus Juris Secundum:**

C.J.S. Motor Vehicles §§ 290, 641.

FORM UTC-1
REV. 3/97

EXHIBIT B

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

COURT CASE NO.

YEAR  NUMBER

ALABAMA, COUNTY OF _Macon_  | CO. | CITY | TICKET NUMBER | **N 0966261**

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about  Month _10_ Day _05_ Year _07_  At Approx. _8:40_  Time ☐ AM ☑ PM ☐ MT

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other
☐ Private

First Name _Alonzo_  Middle/Maiden  Last _Austin_

Address _1321 Oliver Curtis Rd_

City _Tuskegee_  State _AL_  Zip Code _36083_

State _AL_  Driver's License Number _4575542_  Class of License

Sex _M_  Race _B_  DOB _4/3/70_  Social Security Number _XXX-XX-XXXX_  Drivers License in Possession ☐ Yes ☐ No

Hgt _6'3_  Wgt _240_  Eyes _BR_  Hair _BLK_  Vehicle Tag Number _84H78_  State _AL_  Year _04_

Vehicle Description _2001 Lincoln LS_  Owner of Vehicle ☑ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)

☑ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near _AL 81_, within the ☐ city limits or ☐ police jurisdiction of _Tuskegee_, or ☐ within _Macon_ County, at or near the following location _AL 199_ in violation of ☐ Section _32-5A-171_ Code of Alabama 1975, ☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. _87/1_, duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section _____ Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:
1. ☑ Speeding _80_ MPH _45_ Speed Limit
2. ☐ Reckless Driving
3. ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4. ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4. ☐ Under the Influence of Alcohol
5. ☐ Under the Influence of Controlled Substance
71. ☐ Under the Combined Influence of Alcohol and Controlled Substance
72. ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6. ☐ Failure to Yield Right of Way
☐ Other Violation (Specify) _____

| UCR Code | KM No. | Street/Road Code |
|---|---|---|

7. ☐ Driving While Revoked
8. ☐ Driving While Suspended
10. ☐ Running Red Light
13. ☐ Improper Equipment (Specify)
14. ☐ Improper Passing
28. ☐ Improper Tag (Specify)
29. ☐ Improper Turn
42. ☐ Overweight Vehicle
61. ☐ Child Restraint Violation
77. ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: ☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
(Witnesses, etc)  ☐ Accident Involved

Complainant's Signature _____  Officer ID _207_  Agency ORI _AL0460100_

Verified and Acknowledged before me this date _____ M _ D _ Y _
(Circle Title) Judge/Magistrate

☑ Municipal  COURT APPEARANCE INFORMATION
☐ District Court  Phone _334 720 0583_

Court Appearance Date _11/07/07_  Time _9:00_ ☑ AM ☐ PM  Court Address _302 So Main Tusk, AL_

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature: _____  Phone ( )

☐ Released on Own Recognizance  ☐ Driver's License Posted in Lieu of Bond

N/6  **DEFENDANT'S COPY**

TICKET # N 0966261  CASE #

INSTRUCTION  **PRESS FIRMLY**
TO OFFICER:  ASK IF MOTORIST'S ADDRESS IS CORRECT ON DRIVER'S LICENSE

6 of 6

## CERTIFICATE OF SERVICE

I <u>ALONZO AUSTIN</u>, do hereby Certify that I have this day served a copy of the foregoing documents upon the City of Tuskegee Prosecutor's office, by depositing same in the U.S. mail or delivering in person at,

302 So main St.
Tuskegee, Al. 36083

by /s/ Alonzo Austin pro se.
Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083
Ph # (334) 727-5476

Exhibit "I"

FORM UTC-1
REV. 3/97

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

COURT CASE NO. 07 1959

ALABAMA, COUNTY OF Macon | CO. | CITY | TICKET NUMBER N 0966261

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about  Month 07  Day 05  Year 07  At Approx. Time 8:40 ☐AM ☐PM ☐MT

TYPE VEHICLE ☐Commercial ☐Haz-Mat Involved ☐Other ☐Private

First Name: Alonzo
Middle/Maiden:
Last: Austin

Address: 1321 Oliver Carlis Rd
City: Tuskegee  State: AL  Zip Code: 36083

Driver's License Number: 4575542

Sex: M  Race: B  DOB: 4/3/70  Social Security Number: 419580039
Drivers License in Possession ☐Yes ☐No

Hgt: 63  Wgt: 246  Eyes: Bro  Hair: Blk  Vehicle Tag Number: 84K78B  State: AL  Year: 08

Vehicle Description: 2001 Lincoln LS

Owner of Vehicle ☐Driver ☐Employer ☐Other

☐ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near AL 81, within the ☐ city limits or ☐ police jurisdiction of Tuskegee, or ☐ within Macon County, at or near the following location AL 199 in violation of ☐ Section 32-5A-171 Code of Alabama 1975,
☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. 87/7, duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section _____ Code 1975, more particularly described below:

| UCR Code | KM No. | Street/Road Code |
|---|---|---|

CHECK THE APPROPRIATE BLOCK:
1 ☑ Speeding 60 MPH 45 Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way
☐ Other Violation (Specify) _____

7 ☐ Driving While Revoked
8 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify) _____
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify) _____
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)
☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

Complainant's Signature: _____
Officer ID: 634  Agency ORI: AL 0460100

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate: _____  M 7  D 9  Y 07

☑ Municipal
☐ District Court

**COURT APPEARANCE INFORMATION**
Phone: 334 720 0583

Court Appearance Date: 8/9/07  Time: 9:00 ☐AM ☑PM  Court Address: 302 S Main Tusk, AL

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature: _____  Phone ( )
☐ Released on Own Recognizance  ☐ Driver's License Posted in Lieu of Bond

N/O **ABSTRACT OF COURT RECORD - DPS DATA INPUT**

TICKET # N 0966261 CASE #


Exhibit T

```
                    CITY OF TUSKEGEE                              receipt2.prn
                    302 SOUTH MAIN STREET
                    TUSKEGEE, ALABAMA   36083
```

Case Number: TR-07-001959                      Date: 8/20/07
Name: ALONZO AUSTIN                            Time: 09:19:36
Record Number: 0019407                         Source: RK/TUSCARLA
Receipt Number: 0003834                        Cashier:
Payment Type:                                  Paid by Bond Forfeiture:

| Amount | Description |
|---|---|
| $20.00 | Fine Payment |
| $100.00 | Court Cost Payment |
| $.00 | Restitution/Other Payment |
| $.00 | Cash Bond |
| **$120.00** | **Payment Total** |

| Amount | Description |
|---|---|
| $.00 | Fine Balance |
| $.00 | Court Cost Balance |
| $.00 | Restitution/Other Balance |
| $.00 | **Total Balance Due** |
| $.00 | **Cash Bond Balance** |

| Case number | Charge description | Balance | Case number | Charge description | Balance |
|---|---|---|---|---|---|
| TR-07-001959 | SPEEDING | .00 | | | |

Balance of all cases after payment above. This balance reflects all cases that match the following:
First name, Middle name, Last name, Race, Sex, Date of Birth. If you have a case with this court with
a difference of the above, that case will not be reflected in this balance.                    $.00

Form number: 051/CS102R                                           BALANCES AS OF   8/20/07

# COURT RECORD

| Court O.R.I. AL___ | | COURT CASE NUMBER YEAR | NUMBER |
|---|---|---|---|
| ☐ MUNICIPAL COURT OR ☐ DISTRICT COURT OF | COUNTY | TICKET NUMBER | N 0966261 |

| DEFENDANT'S NAME | CHARGE |
|---|---|

| CONTINUED TO | M | D | Y | REASON |
|---|---|---|---|---|
| 2ND CONTINUANCE | M | D | Y | REASON |

| UTC-6A MAILED M D Y | NEW COURT DATE M D Y | UTC-6B ISSUED M D Y | UTC-6B CLEARANCE M D Y |
|---|---|---|---|

| WARRANT ISSUED M D Y | BOND SET $ CASH DEPOSITED $ | WARRANT SERVED M D Y | WARRANT RECALLED M D Y |
|---|---|---|---|

| CONDITIONAL BOND FORFEITURE ORDER ISSUED M D Y | BOND FORFEITURE ORDERED FINAL M D Y | | |
|---|---|---|---|

| ATTORNEY FOR DEFENDANT | CHECK IF APPLICABLE | ☐ Defendant informed of right to counsel   ☐ Voluntarily waived counsel ☐ Defendant found indigent, counsel appointed |
|---|---|---|

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged    2 ☐ Guilty of ___    3 ☒ Not guilty

ADJUDICATION (CHECK ONE) — 1 ☐ Guilty as charged   2 ☐ Not guilty
3 ☒ Guilty of 55/45    4 ☐ Nol prossed    5 ☐ Dismissed

## ORDERS OF THE COURT

| FINE $ | COURT COSTS $ | TOTAL FINE AND COURT COSTS $ 120.00 |
|---|---|---|

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ |
|---|---|---|

| HOUSING & MAINTENANCE $ | MEDICAL $ | ATTORNEY RECOUPMENT $ | RESTITUTION $ | PARTIAL PAYMENTS AUTHORIZED FOR $ |
|---|---|---|---|---|

| ☐ JAILED | M D Y | DAYS___ RELEASED ☐ | M D Y | LOCATION |
|---|---|---|---|---|

| ☐ SENTENCE SUSPENDED ___DAYS ___MONTHS | ☐ PROBATION ___DAYS ___MONTHS | ☐ COMMUNITY SERVICE ___DAYS ___MONTHS |
|---|---|---|

| ☐ TRAFFIC SAFETY PROGRAM M D Y | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL PROGRAM COMPLETED M D Y |
|---|---|---|

| COURT ORDERED LICENSE SUSPENSION ___DAYS ___MOS. | ☐ CONSECUTIVE ☐ CONCURRENT | LICENSE SURRENDERED TO COURT M D Y   RECEIVED BY |
|---|---|---|

CONFIDENTIAL: ☐ NO   ☐ IF YES: ☐ Juvenile   ☐ Youthful Offender

8/10/07 — Pay in full by Aug 23, 07
or 10 days in jail

| DISPOSITION DATE 8/10/07 | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|

| CASE APPEALED M D Y | APPEAL BOND $ | CIRCUIT COURT CASE NUMBER |
|---|---|---|

ARRESTING AGENCY (TYPE OF ARREST)   ☐ STATE   ☐ COUNTY   ☐ MUNICIPAL

| CASH RECEIVED FROM NAME AND TITLE | RECEIPT # 3834 | AMOUNT $ 120.00 | DATE 8/30/07 |
|---|---|---|---|

LICENSE ATTACHED: ☐ YES ☐ NO    DPS RECEIVED LICENSE ☐ YES ☐ NO

## COURT ACTION AND DISPOSITION