IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07CV754-MHT |
| | ) |
| CITY OF TUSKEGEE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On January 4, 2008, the plaintiff submitted several documents to this court, which were subsequently docketed as a "motion to dismiss for lack of jurisdiction," a "brief/memorandum," and a jury trial demand. (Doc. No. 25.) Upon review of the documents, it is clear that these submissions are evidentiary materials filed in support of Mr. Austin's complaint. Thus, the court construes the documents filed by Mr. Austin as evidentiary submissions in this case. Consequently, the Clerk of Court is

DIRECTED to correct the docket to reflect that the aforementioned documents submitted by Mr. Austin are evidentiary materials filed in support of the complaint.

Done this 11th day of January, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE