1 OF 2

RECEIVED

Courts Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2008 JAN 24 P 12: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Alonzo Austin )
    Plaintiff )
                 )   Case Number
V. )
CITY OF TUSKEGEE et.al, ) 3:07-CV-754 MHT
  Defendant's )

Plaintiff ALONZO AUSTIN OBJECTIONS TO
DEFENDANT'S, CITY OF TUSKEGEE et.al, NOTICE OF DEPOSITION

NOW COMES, Plaintiff ALONZO AUSTIN, and
Serves Notice upon this Honorable Court.

That (1) Plaintiff has agreed to bargain
in good faith with the Defendant's CITY
OF TUSKEGEE et.al, by offering to be
depose at a Location in or Near Tuskegee
Or as far away as Shorter ALABAMA.
    Which is the half way Point between
Tuskegee and Montgomery Wherein both
parties would Share equal Travel Expenses.
    And (2) The Notice of Deposition file
With the Court by the Defendants are
Unreasonable. Moreover, Plaintiff Never agreed
to Meet in Place, on the Date, Nor the Time Specified.

2 of 2

IN conclusion, Plaintiff request that this Honorable Court urge Defendant's to bargain in good faith by meeting Plaintiff, halfway in Shorter, or Tuskegee, and surrounding area On another agreed upon Location, date, and time between Parties in the interest of Justice and fairness.

Respectfully Submitted,

by Alonzo Austin pro se

Alonzo Austin
ALONZO AUSTIN
1321 oliver-Carlis Rd,
Tuskegee, Al. 36083
(334) 727-5476

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that an exact copy of the foregoing Document has been served upon the following by facsimile to

CITY OF TUSKEGEE. et, al,
c/o NIX Holtsford, Gilliand, Higgins & Hitsons P.C
P.O. Box 4128
Montgomery, Al. 36103 - 4128
Fax # (334) 215 - 7101

Alonzo Austin
by Alonzo Austin pro se