IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv754-MHT |
| | ) |
| CITY OF TUSKEGEE, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon consideration of the defendants' motion to dismiss for want of prosecution (doc. # 29), it is

ORDERED that on or before February 22, 2008, the opposing party shall show cause why the motion should not be granted. If the plaintiff fails to file a response as required by this order, the court will treat the plaintiff's failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will dismiss this action.

Done this 13th day of February, 2008.

                                                    /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE