IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED 2008 FEB 13 P 2:56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALONZO AUSTIN )
   Plaintiff )
                     ) CASE Number
V. )  3:07-CV-754 MHT
CITY OF TUSKEGEE et.al. )
   Defendants

## PLAINTIFF MOTION FOR ORDER COMPELLING DISCLOSURE OR DISCOVERY (RULE 37)

COMES NOW, Plaintiff, ALONZO AUSTIN, and Moves this Honorable Court to Compel the Defendants, The City of Tuskegee et, al., to comply with its Scheduling Order of October 29, 2007, allowing Discovery until January 30, 2008, and therefore cites the following reasons:

(a) Pursuant to Rule 37(a) A party, may upon reasonable Notice to other parties and all other persons affected thereby, may apply for an Order compelling disclosure or discovery as follows:

(1) Appropriate Court. An application for an Order

to a party shall be made to the Court in which the action is pending.

(2) Motion:
   (A) If a party fails to make a disclosure required by Rule 26(a) any party may move to compel disclosure and for appropriate sanctions. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure disclosure without Court action. Please see: attached as Exhibit 10 (Composite), containing Certification.

(3) Plaintiff, did file his Rule 33 and 34 Interrogatories and production of Document responses in the Court on January 4, 2008, and on January 8, 2008, Defendant's received same via Certified Mail. See: attached (copy of return receipt date 1/8/08)

THEREFORE, Plaintiff, request that Defendant's, be compel by Court order to mail to Plaintiff its responses to my interrogatories and production of Documents requested on January 4, 2008.

Respectfully Submitted.

by Alonzo Austin pro se

*Alonzo Austin*
by *Alonzo Austin* Pro Se
Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
Ph# (334) 727-5476

## CERTIFICATE OF SERVICE

I do hereby Certify that I have this day Served a copy of the foregoing Documents Upon

City of Tuskegee et, AL.
c/o Nix Holtsford Higgins Gilliand & Hitson
P.O. Box 4128
Montgomery, AL. 36103-4128

by depositing same in the U.S. Mail, Postage prepaid on the 13th day of January, 2008.

*Alonzo Austin* Pro Se
by *Alonzo Austin* Pro Se
Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
Ph# (334) 727-5476

4 of 7

Exhibit 10 (1)
(composite)



**Magnolia Haven Nursing Home**

603 Wright Street
Tuskegee, Alabama 36083

# Fax Transmittal Form

To: Mark Dukes       From: Alonzo Austin

Company: _____
Phone: 334-727-4960
Fax: 334-727-2159

Re: _____     Date: 2-8-08

Fax number: _____     Number of pages including cover page: 2

❏ Urgent
❏ For Review
❏ Please Comment
❏ Please Reply

**Message:**

"This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via U.S. Postal Service. Thank you."

5 of 7

Exhibit 10(2)

TRANSMISSION VERIFICATION REPORT

TIME : 02/08/2008 15:27
NAME : MAGNOLIA HAVEN
FAX : 3347272159
TEL : 3347274960
SER.# : BROL5J384804

| | |
|---|---|
| DATE,TIME | 02/08 15:26 |
| FAX NO./NAME | 13342157101 |
| DURATION | 00:00:55 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

"This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via U.S. Postal Service. Thank you."

Message:

☐ Urgent
☐ For Review
☐ Please Comment
☐ Please Reply

Fax number: ______ Number of pages including cover page: 2

Re: ______ Date: 2-8-08

Exhibit 10 (3)

February 8, 2008
Alonzo Austin   Fax # (334) 727-2159
1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083

Via Facsimile (334) 215-7101
ATTN: Mr. Mark Dukes.

Nix Holtsford Gilliand Higgins + Hitson P.C.
Attorney at Law.
P.O. Box 4128
Montgomery, AL. 36103

Dear Sir:
Re: Austin V. City of Tuskegee, et AL.
Case # 3:07-cv-754 MHT,
in the United States Court for the Middle District of Alabama, Eastern Division,

Pursuant to F.R.C.P. 37, I am serving you Notice that as of this date I have not received your responses to my Rule 33 Interrogatories and Rule 34 Production of Documents. Please do so by the 12th of February, 2008, or I will file a motion to Compel Same on Wednesday February 13th 2008.

Sincerely, Alonzo Austin



UNITED STATES POSTAL SERVICE
MONTGOMERY AL 361
08 JAN 2008 PM 1 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, Al, 36083

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. 7 OF 7<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)<br>Shane Madacis | B. Date of Delivery<br>1-8-08 | |
| | C. Signature<br>X _____ | ☑ Agent<br>☐ Addressee | |
| 1. Article Addressed to:<br><br>CITY OF TUSKEGEE, et al,<br>% NIX HOLTSFORD<br>GILLIAND HIGGINS & HITSON<br>P.O. Box 4128<br>Montgomery, AL. 36103-4128 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes | |
| 2. Article Number (Copy from service label) | 7006 0810 0006 3031 9772 | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | | 102595-00-M-0952 |