IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:07CV754-MHT |
| | ) |
| CITY OF TUSKEGEE, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon consideration of the defendants' motion to dismiss for want of prosecution (doc. # 29) and the plaintiff's motion for order compelling disclosure (doc. # 31), it is

ORDERED that this matter be and is hereby set for oral argument on March 25, 2008, at 11:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The plaintiff is cautioned that if he fails to appear at the oral argument, the court will treat his failure as an abandonment of the claims set forth in his complaint and will recommend that this case be dismissed for such failure.

Done this 4th day of March, 2008.

                                                      /s/Charles S. Coody
                                               CHARLES S. COODY
                                               CHIEF UNITED STATES MAGISTRATE JUDGE