# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **ALONZO AUSTIN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **3:07-cv-754-MHT** |
| | ) | |
| **CITY OF TUSKEGEE,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF RESCHEDULED DEPOSITION

**TO:**   Mr. Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, AL 36083

Please take notice that the Attorney for the Defendants, will take the deposition of **Plaintiff Alonzo Austin,** for the purpose of discovery or for use as evidence in this action, or for both purposes, in accordance with the provisions of the *Federal Rules of Civil Procedure*.

Such testimony by deposition will be taken on **Friday,** the **28th** day of **March, 2008**, beginning at 9:00 a.m., at the law office of **Nix, Holtsford, Gilliland, Higgins & Hitson, P.C., 4001 Carmichael Road, Suite 300, Montgomery, Alabama 36106** before a Notary Public and court reporter, or other authorized and qualified person.

 s/S. Mark Dukes_____
S. MARK DUKES (ASB-9697-U77S)
Counsel for Defendants City of Tuskegee,
Mayor Johnny Ford, Judge Albert C. Bulls,
III, Chief Lester Patrick, Honorable R.
Keith Thomas, and Officer Bernice Dawson

OF COUNSEL:
*Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.*
P.O. Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - Facsimile
mdukes@nixholtsford.com

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing instrument has been served (a) by placing a copy of same in the United States Mail, Certified Mail/Return Receipt Requested, postage prepaid and properly addressed; and (b) by facsimile to

Mr. Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, AL 36083

on this the 26th day of March, 2008.

s/S. Mark Dukes
OF COUNSEL