**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

March 27, 2008

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   Austin v. City of Tuskegee et al

**Case Number:**   3:07-cv-00754-MHT

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 42   filed on   March 26, 2008.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ALONZO AUSTIN** )<br>)<br>  **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**CITY OF TUSKEGEE,** *et al.***,** )<br>)<br>  **Defendants.** ) | 3:07-cv-754-MHT |

## NOTICE OF RESCHEDULED DEPOSITION

**TO:** Mr. Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, AL 36083

Please take notice that the Attorney for the Defendants, will take the deposition of **Plaintiff Alonzo Austin,** for the purpose of discovery or for use as evidence in this action, or for both purposes, in accordance with the provisions of the *Federal Rules of Civil Procedure*.

Such testimony by deposition will be taken on **Friday,** the **28th** day of **March, 2008**, beginning at 9:00 a.m., at the law office of **Nix, Holtsford, Gilliland, Higgins & Hitson, P.C., 4001 Carmichael Road, Suite 300, Montgomery, Alabama 36106** before a Notary Public and court reporter, or other authorized and qualified person.

    s/S. Mark Dukes
S. MARK DUKES (ASB-9697-U77S)
Counsel for Defendants City of Tuskegee,
Mayor Johnny Ford, Judge Albert C. Bulls,
III, Chief Lester Patrick, Honorable R.
Keith Thomas, and Officer Bernice Dawson

OF COUNSEL:
*Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.*
P.O. Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - Facsimile
mdukes@nixholtsford.com


**CERTIFICATE OF SERVICE**

      I hereby certify that an exact copy of the foregoing instrument has been served (a) by placing a copy of same in the United States Mail, Certified Mail/Return Receipt Requested, postage prepaid and properly addressed; and (b) by facsimile to

Mr. Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, AL 36083


on this the 26th day of March, 2008.


                                        s/S. Mark Dukes
                                        OF COUNSEL