Pg. 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2008 MAR 27 P 3:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

ALONZO AUSTIN          )
      Plaintiff,       )
V.                     ) 3:07-CV-754-MHT
CITY OF TUSKEGEE et.al )
      Defendant's,     )

NOTICE OF OBJECTION TO UNTIMELY RESCHEDULED DEPOSITION FOR THE SECOND TIME.

TO: MR. S. MARK DUKES (ASB-9697-U77S)
P.O. BOX 4128, FAX# (334) 215-7101
Montgomery, AL. 36103-4128

Please take notice that Pro Se Plaintiff, is on record as objecting to the taking of its deposition by Defendant's, for the purpose of discovery or for use as evidence in this action, or for both purposes, in accordance with the provisions of the Federal Rules of Civil Procedure.

The Objected to testimony by deposition, will be taken on Friday the 28th day of March, 2008 beginning at 9:00 am, at the

Objected to Location of the Law office, of NIX, Holtsford, Gilliland, Higgins And Hitson, P.C., 4001 Carmichael Road, Suite 300, Montgomery, AL. 36106 before a Notary Public and Court reporter, or other authorized and qualified person.

Alonzo Austin Pro Se
by *Alonzo Austin pro se*
ALONZO AUSTIN
1321 Oliver-Carlis Rd
Tuskegee, Al. 36083
Ph.# (334) 727-5476
Fax # (334) 727-2159

## CERTIFICATE OF SERVICE

I do hereby certify that I have served on this day a copy of the foregoing documents upon the Defendants CITY OF TUSKEGEE et, al,
C/O NIX, Holtsford, Gilliland, Higgins + Hitson
P.O. Box 4128
Montgomery, Al. 36103-4128, by Placing same via FAX Transmission, or U.S Mail on the 27th day of March, 2008. Alonzo Austin Pro Se
by *Alonzo Austin pro se*
ALONZO AUSTIN
1321 Oliver-Carlis Rd,
Tuskegee, Al. 36083
Ph.# (334) 727-5476
Fax# (334) 727-2159