IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ALONZO AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07CV754-MHT |
| | ) | |
| CITY OF TUSKEGEE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court are the plaintiff's objections to the scheduling of his deposition (doc. # 44) and his motion for protective order (doc. # 45) filed on March 27, 2008. Upon consideration of the objections and motion for protective order, it is

ORDERED as follows:

(1) The plaintiff's objections (doc. #44) be and are hereby OVERRULED; and

(2) The plaintiff's motion for protective order (doc. # 45) be and is hereby DENIED.

Done this 1st day of April, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE