IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF TUSKEGEE, *et al.*, )<br>)<br>    Defendants. ) | CIVIL ACTION NO. 3:07CV754-MHT |

**ORDER**

Now pending before the court is the May 14, 2008, motion to amend the defendants' motion for summary judgment and supporting brief (doc. # 52), in which the defendants seek to correct a clerical error. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 21st day of May, 2008.

　　　　　　　　　　　　　　/s/Charles S. Coody　　　　　　
　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE