Pg 1 of 4

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

ALONZO AUSTIN )
   Plaintiff ) CIVIL ACTION NO.
V. ) 3:07-CV-754 MHT
CITY OF TUSKEGEE et al ) (WO)
   Defendants )

**PLAINTIFF'S OBJECTIONS TO MAGISTRATES REPORT AND RECOMMENDATION**

COMES NOW, Plaintiff, ALONZO AUSTIN, and file its Objections to Magistrates Recommendation Doc. 54-1 Filed on 06/16/08 as follows

1. Plaintiff Objects to Magistrates Conclusion that I was found guilty of speeding Doc 54 PG 1 Par. 1.

2. Plaintiff also Objects to magistrate Doc. 54-1 pg 2 paragraph 3. using the word prosecute Rather than Unlawful Prosecution.

PG. 2 of 4

3. Plaintiff's object to Magistrate Erroneous statement that I disputed the charges in the City of Tuskegee's Municipal Court, when in fact my motions were Denied. by Municipal Judge Bulls. and no Law-full Process took Place Doc. 54 = PG. 4. Par 3.

4. Plaintiff Object, to the foot note 3 by Magistrate in its recommendation concerning the Objected to deposition in both the hearing and court Reporters transcript: Doc. 54 foot note 3.

5. Plaintiff Object to Magistrate Citing officer Dawson perjurious Affidavit claiming the In-cidence took place on the 7th of July 2007. When in fact no such event happen on the 7th of July 2007.

PG. ~~3 of~~ 4

6. Magistrate stated that Judge Bulls determined that Austin was pleading not guilty to the charges is objected to by plaintiff as erroneous at DOC 54 - PG. 4 par 3. As motions were denied by Judge Bulls and Judge Bull has presented no evidence whatsoever that such an occurrence ever factual took place.

7. Plaintiff objects to Magistrates citing the objected too deposition, that her ordered me to take over my objection at the hearing. final par. DOC 54. PG. 11. As plaintiff made no such statement and as such I object to the Magistrates contention. Plaintiff's demanded a Jury trial pursuant to Rule 38 and the 7th Amendment which guarantees a civil Jury trial for amounts over $20.00, the Magistrates

Recommendation is also objected to by Plaintiff because it failed to cite that fact and as such is bias and blanked with its unproven assertions.

Respectfully Submitted

Alonzo Austin pro se
Alonzo Austin pro se
1321 River-Carlis Rd.
Tuskegee, AL 36083
Ph# (334) 727-5476

Certificate of Service

I do hereby Certify that I have served a copy of the following Documents upon the Defendants City of Tuskegee et al. c/o Nix Holtsford, Gilliland, Hitson P.O. Box 4128 Montgomery Al, 36103-4128. by placing same in the U.S. mail postage prepaid on June 27, 2008.

by: Alonzo Austin pro se
Alonzo Austin pro se
1321 River-Carlis Rd.
Tuskegee, AL 36083
Ph.# (334) 727-5476