IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN,          )<br>                         )<br>    Plaintiff,        )<br>                         )       CIVIL ACTION NO.<br>    v.                   )         3:07cv754-MHT<br>                         )            (WO)<br>CITY OF TUSKEGEE, etc., )<br>et al.,                  )<br>                         )<br>    Defendants.          ) | |

## OPINION

Plaintiff filed this lawsuit, pursuant to various federal statutes, challenging a traffic stop in Tuskegee, Alabama.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for summary judgment be denied and defendants' motions for summary judgment be granted. Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of July, 2008.


                         /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**