IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION



RECEIVED
2008 AUG 29 P 2: 13

ALONZO AUSTIN,                )   File Number:
      Plaintiff,              )   3:07-CV-754-MHT
V.                            )
CITY OF TUSKEGEE et al,)   Notice of Appeal
      Defendants,             )


Notice is hereby given that ALONZO AUSTIN, (plaintiff), in the above case, hereby appeal to the United States Court of Appeals for the 11th Circuit from the final Judgment entered in this action on the 31st day of July, 2008.

by Alonzo Austin, prose
Alonzo Austin pro se
1321 Oliver Carlis Rd.
Tuskegee, AL 36083
Ph#(334) 727-5476