```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006276
Cashier ID: brobinso
Transaction Date: 08/29/2008
Payer Name: ALONZO AUSTIN
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ALONZO AUSTIN
 Case/Party: D-ALM-3-07-CV-000754-001
 Amount:         $455.00
-----------------------------------
CASH
 Amt Tendered:  $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```